E-FILED
Thursday, 19 April, 2007 04:30:39 PM
Clerk, U.S. District Court, ILCD

FILED
APR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br>                Plaintiff,<br><br>vs.<br><br>FIESTA RANCHERA OF CANTON INC., a corporation d/b/a FIESTA RANCHERA RESTAURANTE MEXICANO and JUAN CANCHOLA and FILIGONIO CANCHOLA, Individuals,<br>                Defendants. | CIVIL ACTION<br><br>No. 06 CV 1324 |

## ANSWER TO COMPLAINT

Now Comes the Defendants, FIESTA RANCHERA OF CANTON, INC., a corporation d/b/a FIESTA RANCHERA RESTAURANTE MEXICANO and JUAN CANCHOLA and FILIGONIO CANCHOLA, by and through one of their attorneys of Johnson Law Office, and for their answers to Plaintiff's Complaint states as follows:

1. Defendants admit the allegations in paragraph I of Plaintiff's Complaint.

2. Defendants admit the allegations in paragraph II (a) of Plaintiff's Complaint.

3. Defendants admit the allegations in paragraph II (b) of Plaintiff's Complaint.

4. Defendants admit the allegations in paragraph II (c) of Plaintiff's Complaint.

5. Defendants deny the allegations in paragraph III of Plaintiff's Complaint.

6. Defendants deny that FIESTA RANCHERA OF CANTON INC. d/b/a FIESTA RANCHERA RESTAURANTE MEXICANO is and at all times hereinafter mentioned was part of an enterprise engaged in commerce or in the production of goods for

commerce within the meeting of section 3(s)(1)(A) of the Act. Defendants admit that FIESTA RANCHERA OF CANTON INC. d/b/a FIESTA RANCHERA RESTAURANTE MEXICANO is and at all times hereinafter mentioned was an Illinois Corporation engaged in commerce or in the production of goods for commerce. Defendants deny that said corporation has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

7. Defendants deny the allegations in paragraph V of Plaintiff's Complaint.

8. Defendants deny the allegations in paragraph VI of Plaintiff's Complaint.

9. Defendants deny the allegations in paragraph VII of Plaintiff's Complaint.

10. Defendants deny the allegations in paragraph VIII of Plaintiff's Complaint.

WHEREFORE, the defendants, FIESTA RANCHERA OF CANTON, INC., a corporation d/b/a FIESTA RENCHERA RESTAURANTE MEXICANO and JUAN CANCHOLA and FILIGONIO CANCHOLA, respectfully pray for a dismissal of the above-referenced cause of action.

Respectfully Submitted,

By: _____
Mark D. Johnson

## VERIFICATION

Pursuant to section 1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109 (West 2004)), I, Juan Canchola, being duly sworn upon oath, state that I have read this Answer and that the statements contained herein are true, both in substance and in form, unless otherwise stated to be on information and belief.

_____
Juan Canchola

Subscribed and sworn to before me
this 16 day of April, 2007.

_____
Notary Public

OFFICIAL SEAL
ELISABETH S. PFEIFFER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-11-2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Answer was served upon the parties to the above cause by enclosing same in an envelope addressed to Plaintiff's attorney at his business address as disclosed below, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Bloomington, Illinois, on the 16 day of April 2007.

Attorney Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn Street, Suite 844
Chicago, IL 60604

_____
Mark D. Johnson

Documents prepared by:
Mark D. Johnson; Esq.
Johnson Law Office
115 W. Front Street.
Bloomington, IL. 61701
(309) 827-3670