UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

Plaintiffs,

v.

LA FIESTA OF CANTON, INC., a Corporation d/b/a LA FIESTA RESTAURANTE MEXICANO, JUAN CANCHOLA, and FILIGONIO CANCHOLA,

Defendants.

Case No. 1:06-cv-01324 JAG

## MOTION FOR SUBSTITUTION OF COUNSEL

I, Mark Johnson, Attorney at Law, hereby stipulate to substitution of counsel and move for substitution of Howard & Howard Attorneys, P.C. in my place. I withdraw my appearance on behalf of the Defendants, La Fiesta of Canton, Inc., a corporation d/b/a La Fiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola.

Respectfully submitted,

Johnson Law Office Ltd.

By /s/ Mark D. Johnson
Mark D. Johnson
Johnson Law Office Ltd
115 W. Front Street
Bloomington, IL 61701
Telephone: (309) 827-3670
Facsimile: (309) 827-3991
Email: mark@johnson-law.net

#296619-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

On behalf of La Fiesta of Canton, Inc., a corporation d/b/a La Fiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola, in compliance with Local Rule 11.2, the undersigned, Michael R. Lied, hereby enters his appearance and shall serve as lead counsel in this matter. The undersigned certifies he is a member in good standing of the bar of this Court.

Respectfully submitted,

Howard & Howard Attorneys, P.C.

By: /s/ Michael R. Lied
    Michael R. Lied
    Howard & Howard Attorneys, P.C.
    One Technology Center
    Suite 600
    211 Fulton Street
    Peoria, IL 61602
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email: mrl@h2law.com
    ARDC #6197844

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Richard Kordys<br>U.S. Department of Labor<br>Office of the Solicitor<br>230 S. Dearborn<br>8th Floor<br>Chicago, IL  60604 | Mark D. Johnson<br>Johnson Law Office Ltd<br>115 W. Front Street<br>Bloomington, IL  61701 |

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:     (309) 672-1483
Facsimile:      (309) 672-1568
Email: mrl@h2law.com

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568