UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiffs, <br><br> v. <br><br> LA FIESTA OF CANTON, INC., a Corporation d/b/a LA FIESTA RESTAURANTE MEXICANO, JUAN CANCHOLA, and FILIGONIO CANCHOLA, <br><br> Defendants. | Case No. 1:06-cv-01324 JAG |

## MOTION FOR EXTENSION OF TIME

La Fiesta of Canton, Inc., a corporation d/b/a La Fiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola, by Howard & Howard Attorneys, P.C., move the court for an extension of time for providing Rule 26(a) Disclosures and in support thereof state as follows:

1. As the court is aware, the Firm of Howard & Howard Attorneys, P.C. has recently entered its appearance, having been retained to represent the Defendants in this matter.

2. Counsel recognizes that Defendants' Rule 26 Disclosures are overdue. However, in view of the recent involvement of new counsel, Defendants request the court to extend the time for providing Rule 26(a) Disclosures up to and including September 17, 2007.

3. Counsel for the Plaintiff had been consulted with regard to the requested relief and has no objection.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

#297340-v1

Respectfully submitted,

La Fiesta of Canton, Inc., d/b/a La Fiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola


By: /s/ Michael R. Lied
    Michael R. Lied
    Howard & Howard Attorneys, P.C.
    One Technology Center
    Suite 600
    211 Fulton Street
    Peoria, IL 61602
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email: mrl@h2law.com
    ARDC #6197844

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: mrl@h2law.com

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568