UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiffs, <br><br> v. <br><br> LA FIESTA OF CANTON, INC., a Corporation d/b/a LA FIESTA RESTAURANTE MEXICANO, JUAN CANCHOLA, and FILIGONIO CANCHOLA, <br><br> Defendants. | Case No. 1:06-cv-01324 JAG |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:  Richard Kordys
     U.S. Department of Labor
     Office of the Solicitor
     230 S. Dearborn
     8th Floor
     Chicago, IL  60604

The undersigned certifies that a true copy of the following discovery documents, along with a copy of this Notice, was sealed in an envelope and served upon the parties of record on October 19, 2007, addressed as set forth above.

DOCUMENT:

Defendants' Request for Production of Documents
Defendants' first Interrogatories to Plaintiff

Dated: October 19, 2007.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

#311169-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Respectfully submitted,

La Fiesta of Canton, Inc., d/b/a La Fiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola

By: /s/ Michael R. Lied
    Michael R. Lied
    Howard & Howard Attorneys, P.C.
    One Technology Center
    Suite 600
    211 Fulton Street
    Peoria, IL 61602
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email: mrl@h2law.com
    ARDC #6197844

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

The Wells Fargo Tower
Suite 850
3800 Howard Hughes Parkway
Las Vegas, NV 89169.5914
702.222.2113
Fax 702.227.0615

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2007 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

/s/ Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:  (309) 672-1483
Facsimile:  (309) 672-1568
Email: mrl@h2law.com