E-FILED
Wednesday, 25 June, 2008  04:26:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> LA FIESTA OF CANTON, INC., a Corporation d/b/a LA FIESTA RESTAURANTE MEXICANO, JUAN CANCHOLA, and FILIGONIO CANCHOLA, <br><br> Defendants. | Case No.  1:06-cv-01324 JAG |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

NOW COMES the Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, and Defendants, LaFiesta Ranchera of Canton, Inc., a Corporation d/b/a LaFiesta Restaurante Mexicano, Juan Canchola and Filigonio Canchola, and for their Joint Motion for Extension of Discovery Deadline, pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Central District of Illinois, states as follows:

1. On January 29, 2008, the Court set various deadlines, including a deadline for the completion of discovery by August 1, 2008, deadline for the filing of dispositive motions by September 12, 2008, a final pre-trial conference on January 9, 2009, and bench trial set for February 2, 2009.

2. On or about May 16, 2008, Plaintiff served Defendant with her Response to Defendant's Request for Production of Documents.

#391562-v1

3. On or about June 2, 2008, Plaintiff served Defendant with her Response to Defendant's First Interrogatories to Plaintiff.

4. Defendant is still compiling responses to Plaintiff's Request for Production of Documents to Defendants (First Set) and answers to Plaintiff's Interrogatories to Defendants (First Set).

5. The parties have reached an agreement and respectfully request that the Court extend the discovery deadline to September 30, 2008, in order to accommodate completion of written and oral discovery.

6. The parties' requested extension will not cause any undue delay of this matter and will allow both sides the ability to prepare this case adequately for trial.

7. Accordingly, the parties also respectfully request that the Court extend the deadline for the filing of dispositive motions to October 31, 2008.

WHEREFORE, the Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor and Defendants, , LaFiesta Ranchera of Canton, Inc., a Corporation d/b/a Fiesta Ranchera Restaurante Mexicano, Juan Canchola and Filigonio Canchola, respectfully request that the Court grant their Joint Motion for Extension of Discovery deadline, enter an Order resetting the discovery deadline to September 30, 2008 and extending the deadline for filing of dispositive motions to October 31, 2008, and for such other relief as the Court deems necessary.

Respectfully submitted,

Elaine L. Chao, Secretary of Labor, United States Department of Labor, Plaintiff.


By:  /s/Richard A. Kordys
     Richard A. Kordys, one of her attorneys.


Fiesta Ranchera of Bloomington, Inc, Fiesta Ranchera Restaurante Mexicano and Nicolas Canchola, Defendants.

By:  /s/John K. Kim
     John K. Kim, one of their attorneys.


Michael R. Lied, ARDC #6197844
John K. Kim, ARDC #6286591
Howard & Howard Attorneys, P.C.
One Technology Center
211 Fulton Street, Suite 600
Peoria, IL  61602
Telephone:  (309) 672-1483
Facsimile:  (309) 672-1568
Email: mrl@h2law.com
Email: jkk@h2law.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Richard Kordys
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn
8th Floor
Chicago, IL  60604

        /s/ John K. Kim
        John K. Kim
        Howard & Howard Attorneys, P.C.
        One Technology Plaza, Suite 600
        Peoria, IL  61602-1350
        Telephone:   (309) 672-1483
        Facsimile:   (309) 672-1568
        Email: jkk@h2law.com